### BONK *v.* DIBRIZIO.

COURTS—DECISION OF ANOTHER CASE—AUTOMOBILES—GUEST PASSENGERS.

> Opinion in another case by another guest passenger arising from same accident in which facts and questions of law are identical *held*, controlling in instant action for alleged gross negligence in driving automobile in which plaintiff was a guest passenger (1 Comp. Laws 1929, § 4648).

Appeal from Wayne; Marschner (Adolph F.), J. Submitted June 15, 1937. (Docket No. 93, Calendar No. 39,485.) Decided October 4, 1937.

Case by Anna Bonk against Anthony Dibrizio for personal injuries sustained while a guest passenger in defendant's automobile. Directed verdict and judgment for defendant. Plaintiff appeals. Affirmed.

*Dohany & Dohany,* for plaintiff.

*Howard D. Brown* (*Robert Jamieson* and *Philip N. Marentay,* of counsel), for defendant.

CHANDLER, J. Plaintiff is the mother of Stella Olszewski, the plaintiff in *Olszewski* v. *Dibrizio, ante,* 423 (2 N. C. C. A. [N. S.] 456), and received injuries arising out of the same accident.

The facts and questions of law being identical, the opinion in the former case holding defendant not guilty of gross negligence under the statute * is controlling and decisive of the questions here presented.

The judgment is affirmed, with costs.

FEAD, C. J., and NORTH, WIEST, BUTZEL, BUSHNELL, SHARPE, and POTTER, JJ., concurred.